[No. 23226-3-III.   Division Three.   June 15, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. CHRISTINA A. GERMANY, *Appellant.*

Appeal from a judgment of the Superior Court for Kittitas County, No. 04-1-00071-7, Michael E. Cooper, J., entered July 23, 2004. *Affirmed* by unpublished opinion per Brown, J., concurred in by Schultheis, A.C.J., and Kulik, J.

[No. 23430-4-III.   Division Three.   June 15, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. FRANCISCO Y. RAMIREZ-MEDINA, *Appellant.*

Appeals from judgments of the Superior Court for Chelan County, No. 04-1-00139-1, Lesley A. Allan and John E. Bridges, JJ., entered September 22 and December 17, 2004. *Affirmed* by unpublished opinion per Brown, J., concurred in by Schultheis, A.C.J., and Kulik, J.

[No. 55047-1-I.   Division One.   June 19, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. JAMICHAEL J. BAILEY, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 04-1-11571-6, Ronald Kessler, J., entered September 17, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 55054-3-I.   Division One.   June 19, 2006.]

BONNIE LAU, *Respondent,* v. MARIA O. VILLA, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 04-2-18867-9, Barbara Harris, J. Pro Tem., entered September 7, 2004. *Reversed* by unpublished per curiam opinion.